IT IS SO ORDERED:

*Freda L. Wolfson* 4/9/18
FREDA L. WOLFSON, U.S.D.J.

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

-----------------------------------------------------------X

ROBERT NEUWIRTH,

                Plaintiff,   Case No. 3:17-cv-02230

      -against-   **STIPULATION OF DISMISSAL**

SYNCHRONY BANK,   **WITH PREJUDICE**

                Defendants

-----------------------------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Robert Neuwirth and Defendant Synchrony Bank hereby stipulate and agree that Plaintiff's cause against them is voluntarily dismissed in its entirety and with prejudice, with each party to bear its own costs and attorney's fees. No party hereto is an infant or incompetent. There are no counterclaims.

Dated:  April 9, 2018

| | |
|---|---|
| /s/Edward B. Geller, Esq. | /s/Nana Boyer, Esq. |
| Edward B. Geller, Esq., P.C. | Reed Smith LLP |
| 15 Landing Way | 599 Lexington Avenue |
| Bronx, New York 10464 | New York, NY 10022 |
| Tel:(914)473-6783 | Tel: (212)549-0282 |
| Attorney for Plaintiff | Attorney for Defendant |